UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE YESKE, et al.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ALEX BENDETOV, et al.,<br><br>        Defendant(s). | Case No. 2:14-CV-1177 JCM (VCF)<br><br>ORDER |

  Presently before the court is Magistrate Judge Ferenbach's report and recommendation. (Doc. # 2). On July 28, 2014, Magistrate Judge Ferenbach recommended that plaintiffs' complaint be dismissed unless they submitted the filing fee by August 15, 2014. (Doc. # 2). Objections were due by August 14, 2014. To date, no objection has been filed.

  However, on August 11, 2014, a receipt of payment by plaintiff George Yeske of the $400 filing fee was recorded on the docket for this case. (Doc. # 3).

  Therefore, the court will decline to adopt Magistrate Judge Ferenbach's report and recommendation, as it is now moot.

  Accordingly,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the court DECLINES TO ADOPT the report and recommendation of Magistrate Judge Ferenbach, (doc. # 2), because it is moot.

  DATED August 29, 2014.

                    /s/ James C. Mahan
                    UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**