# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| GEORGE YESKE and FELICITA YESKE, | |
| Plaintiffs, | 2:14-cv-01177-JCM-VCF |
| vs. | |
| ALEX BENDETOV, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Plaintiffs' Motion to Attend Hearing via Telephone (#17).

IT IS HEREBY ORDERED that Plaintiffs' Motion to Attend Hearing via Telephone (#17) is GRANTED. The hearing will only address when all parties can be available to appear in person in court.

The call in conference number is 702-868-4911, access code 123456.

IT IS SO ORDERED.

Dated this 3rd day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE